UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION and ADAGEN MEDICAL INTERNATIONAL, INC., Georgia corporations, <br><br> Plaintiffs, <br><br> v. <br><br> AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON, JR., NICHOLAS EXARHOS, and REN SCOTT, residents of Florida; REHABCO, INC., a Texas Corporation, ALTADONNA COMMUNICATIONS, INC., a California corporation, DR. BENJAMIN A. ALTADONNA, a resident of California, and SEASIDE DATA SYSTEMS, INC., a Florida corporation, <br><br> Defendants. | Civil Action <br> File No.: 1:06-CV-1678 JTC |

**DEFENDANTS AXIOM WORLDWIDE, INC., JAMES GIBSON, JR., NICHOLAS EXARHOS AND REN SCOTT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STAY**

NOW COME Defendants Axiom Worldwide, Inc., James Gibson, Jr.,

Nicholas Exarhos and Ren Scott, and, pursuant to Fed.R.Civ.P. 12(b)(1), (2)

and (5), move this Court to dismiss Plaintiffs' Complaint or to Stay all proceedings in this action pending resolution of the adversary proceeding now pending in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, styled *S. Gregory Hays, Chapter 7 Trustee for Cluster Technology Corp.*, Plaintiff v. *Carlos Becerra, David Williams, Alvin Mirman, Raymonde Narlow A.K.A. Ray Narlow A.K.A. Raye Narlowe, North American Medical Corporation, Chello Grace Becerra, Grabaldi Holdings, LLC, Fernando Chavez, Stanley Smith, VFinance Investments, Inc., Adagen Medical International, Inc., Cambria 68, C. Norman Shealy, Innovative Healthcare Solutions, LLC, Spina Systems, International, Inc., Scientific Wellness Solutions, L.L.C., and Steadfast Corporation, Ltd., Defendants,* Adversary Proceding No. 06-06291.  As grounds for this Motion, these defendants show this Court the following:

    A.    Pursuant to Fed.R.Civ.P. 12(B)(1):

        1.    This Court lacks subject matter jurisdiction over Plaintiffs' Complaint because Plaintiffs lack standing to assert the federal claims in Counts I-IV and VI of Plaintiffs' Complaint;

    2.    This action should be stayed pursuant to 11 U.S.C. § 362 in favor of the pending adversarial proceedings in the Bankruptcy Court;

    3.    Plaintiffs lack standing to assert the R.I.C.O. claims under federal and state law found in Counts XV-XVIII of Plaintiffs' Complaint;

    4.    This Court should decline to assert primary jurisdiction over claims now pending in the Patent and Trademark Office. (Complaint, Count II);

    5.    Pursuant to 28 U.S.C. § 1332(a), this Court lacks jurisdiction over the claims asserted in paragraphs 7, 17 and 18 of Plaintiffs' Complaint because of insufficient evidence of the jurisdictional amount in controversy, and this Court should not exercise its supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over these claims;

B.    Pursuant to Fed.R.Civ.P. 12(b)(2), this Court lacks personal jurisdiction over Defendants Gibson, Exarhos and Scott;

C.    Pursuant to Fed.R.Civ.P. 12(b)(5), there has been an insufficiency of service of process on Defendants Gibson, Exarhos and

Scott, who have not been personally served with the Complaint in this action as required by Fed.R.Civ.P. 4(e).

The Court's attention is invited to the attached Brief and Declarations submitted in support of this Motion.

WHEREFORE, Defendants Axiom Worldwide, Inc., James Gibson, Jr. , Nicholas Exarhos and Ren Scott pray that this Court grant their Motion and dismiss Plaintiffs' Complaint or, in the alternative, that this Court stay this action until resolution of the adversarial proceedings in the Bankruptcy Court.

Respectfully submitted this the 15th day of August, 2006.

**CASEY GILSON LEIBEL P.C.**

s/ George P. Shingler
George P. Shingler
GA Bar No. 642850
Jonathan R. Granade
GA Bar No. 305152
V. Sharon Edenfield
GA Bar No. 141646
*Attorneys for Defendants Axiom Worldwide, Inc., James Gibson Jr., Nicholas Exharhos, and Ren Scott*

Six Concourse Parkway
Suite 2200
Atlanta, Georgia 30328
(770) 512-0300
(770) 512-0070 - *fax*

4

## CERTIFICATE OF FONT

I hereby certify that **DEFENDANTS AXIOM WORLDWIDE, INC., JAMES GIBSON, JR., NICHOLAS EXARHOS AND REN SCOTT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STAY** was prepared using size 14 Times New Roman font.

**CASEY GILSON LEIBEL P.C.**

s/ George P. Shingler
George P. Shingler
GA Bar No. 642850
Jonathan R. Granade
GA Bar No. 305152
V. Sharon Edenfield
GA Bar No. 141646

# UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION and ADAGEN MEDICAL INTERNATIONAL, INC., Georgia corporations, </br></br> Plaintiffs, </br></br> v. </br></br> AXIOM WORLDWIDE, INC., a Florida corporation; JAMES GIBSON, JR., NICHOLAS EXARHOS, and REN SCOTT, residents of Florida; REHABCO, INC., a Texas Corporation, ALTADONNA COMMUNICATIONS, INC., a California corporation, DR. BENJAMIN A. ALTADONNA, a resident of California, and SEASIDE DATA SYSTEMS, INC., a Florida corporation, </br></br> Defendants. | ) ) ) ) ) ) ) ) Civil Action ) File No.: 1:06-CV-1678 JTC ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15th, 2006, I electronically filed

**DEFENDANTS AXIOM WORLDWIDE, INC., JAMES GIBSON, JR.,**

**NICHOLAS EXARHOS AND REN SCOTT'S MOTION TO DISMISS,**

6

**OR IN THE ALTERNATIVE, MOTION TO STAY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Stephen M. Dorvee<br>
Andrew B. Flake<br>
J. Tucker Barr<br>
Arnall Golden Gregory LLP<br>
171 17th Street NW<br>
Suite 2100<br>
Atlanta, GA 30363

Respectfully submitted this the 15th day of August, 2006.

                                    **CASEY GILSON LEIBEL P.C.**

                                    s/ George P. Shingler
                                    George P. Shingler
                                    GA Bar No. 642850
                                    Jonathan R. Granade
                                    GA Bar No. 305152
                                    V. Sharon Edenfield
                                    GA Bar No. 141646
                                    *Attorneys for Defendants Axiom Worldwide, Inc., James Gibson Jr., Nicholas Exharhos and Ren Scott*

Six Concourse Parkway
Suite 2200
Atlanta, Georgia 30328
(770) 512-0300
(770) 512-0070 - *fax*

398655-1