UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AXIOM WORLDWIDE, INC., *et al.*, <br><br> Defendants. | Civil Action File No.: <br> 1:06-CV-1678-JTC |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff North American Medical Corporation ("NAM") has manually filed exhibits to the following document electronically filed with the Court on March 6, 2009:

1. Plaintiff North American Medical Corporation's Notice of Filing of Hearing Exhibits.

Certain of the exhibits constitute evidence marked Confidential-Attorney's Eyes Only or have yet to receive a confidentiality designation. Therefore, NAM did not file these exhibits through the Court's CM/ECF system.

-2-

Dated this 9th day of March, 2009.

        ARNALL GOLDEN GREGORY LLP

        **/s/ Devin H. Gordon**
        Stephen M. Dorvee
        Georgia Bar No. 226989
        Andrew B. Flake
        Georgia Bar No. 262425
        J. Tucker Barr
        Georgia Bar No. 140868
        Devin H. Gordon
        Georgia Bar No. 141256

        171 17th Street, N.W.
        Suite 2100
        Atlanta, Georgia 30363
        Tel: 404-873-8500
        Fax: 404-873-8501

        *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AXIOM WORLDWIDE, INC., et al., <br><br> Defendants. | Civil Action File No. <br> 1:06-CV-1678-JTC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| L. Joseph Shaheen, Esq. <br> Akerman Senterfitt <br> SunTrust Financial Centre <br> Suite 1700 <br> 401 East Jackson Street <br> Tampa, FL 33602 | Jarrod Sean Mendel <br> McCalla Raymer, LLC-Atl <br> Suite 3200 <br> Six Concourse Parkway <br> Atlanta, GA  30328 |
| Anthony L. Cochran, Esq. <br> Chilivis Cochran Larkins & Bever <br> 3127 Maple Drive, N.E. <br> Atlanta, GA 30305 | Yonette Sam-Buchanan, Esq. <br> Ashe Rafuse & Hill <br> 1355 Peachtree Street, NE <br> Suite 500, South Tower <br> Atlanta, GA 30309-3232 |
| Ainsworth G. Dudley, Esq. | E. Vaughn Dunnigan, Esq. |

-3-

-4-

| | |
|---|---|
| 4200 Northside Parkway<br>Building One, Ste. 200<br>Atlanta, GA 30327 | E. Vaughn Dunnigan, P.C.<br>Suite 142<br>2897 North Druid Hills Road<br>Atlanta, GA 30329-3924 |
| | Joseph Frederick Hession, Esq.<br>Carlton Fields, P.A.<br>1201 West Peachtree Street<br>One Atlantic Center, Suite 3000<br>Atlanta, GA 30308 |

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

| | |
|---|---|
| Rehabco, Inc.<br>Rodney M. Phelps, Esq.<br>Mr. Patrick McGlashan<br>7350 Hawk Road<br>Flower Mound, TX 75028 | Mark K. Sullivan, Esq.<br>Mark K. Sullivan & Associates, P.C.<br>9959 Crosspoint Blvd.<br>Indianapolis, IN 46256 |

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

**/s/ Devin H. Gordon**
Stephen M. Dorvee
Georgia Bar No. 226989
Andrew B. Flake
Georgia Bar No. 262425
J. Tucker Barr
Georgia Bar No. 140868
Devin H. Gordon

-4-

                        Georgia Bar No.  141256

                        171 17th Street, N.W.
                        Suite 2100
                        Atlanta, Georgia 30363
                        Tel: 404-873-8500
                        Fax: 404-873-8501

                        *Attorneys for Plaintiffs*

2569054v1