UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AXIOM WORLDWIDE, INC., *et al.*,<br><br>Defendants. | Civil Action File No.:<br>1:06-CV-1678-JEC |

## MOTION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER

On February 16, 2011, the Court consented to an extension of time for two additional weeks within which the parties are to submit a proposed scheduling order to the Court. [Docket No. 872.] On motion from Plaintiff NAM, the Court again extended this time period, currently set to expire March 9, 2011. [Docket No. 875.]

The Exarhos Defendants and Plaintiff NAM are close to finalizing the form of written settlement agreement memorializing their settlement. Plaintiff NAM, therefore, respectfully requests an additional ten business days within which to complete the settlement with the Exarhos Defendants and to provide the Court with

a suggested timetable moving forward and Proposed Scheduling Order. The extended date would be March 22, 2011.

Respectfully submitted this 8th day of March, 2011.

            ARNALL GOLDEN GREGORY LLP

            **/s/ Andrew B. Flake**
            Stephen M. Dorvee
            Georgia Bar No. 226989
            Andrew B. Flake
            Georgia Bar No. 262425
            J. Tucker Barr
            Georgia Bar No. 140868
            Devin H. Gordon
            Georgia Bar No. 141256

            171 17th Street, N.W.
            Suite 2100
            Atlanta, Georgia 30363
            Tel: 404-873-8500
            Fax: 404-873-8501

            *Attorneys for Plaintiff*

## LR 7.1D Certification

In accordance with Local Rule 7.1D, the undersigned counsel certifies that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C.

/s/ Andrew B. Flake
Andrew B. Flake
Georgia Bar No. 262425

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>AXIOM WORLDWIDE, INC., et al.,<br><br>Defendants. | Civil Action File No.<br>1:06-CV-1678-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward T.M. Garland, Esq.
>Donald F. Samuel, Esq.
>Janice Singer-Capek, Esq.
>Garland, Samuel & Loeb
>3151 Maple Drive, N.E.
>Atlanta, Georgia 30305

I also certify that I have mailed by the United States Postal Service the document and a copy of the Notice of Electronic Filing to the following parties:

3015130v1      4

James Gibson
P. O. Box 270915
Tampa, FL 33688


ARNALL GOLDEN GREGORY LLP

**/s/ Andrew B. Flake**
Andrew B. Flake
Georgia Bar No. 262425