UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, | |
| Plaintiff, | |
| v. | Civil Action File No.: 1:06-CV-1678-JEC |
| AXIOM WORLDWIDE, INC., *et al.*, | |
| Defendants. | |

**MOTION TO EXTEND TIME TO FILE
PROPOSED SCHEDULING ORDER**

On February 16, 2011, the Court consented to an extension of time for two additional weeks within which the parties are to submit a proposed scheduling order to the Court. [Docket No. 872.] On motion from Plaintiff NAM, the Court again extended this time period to March 22, 2011. [Docket No. 878.]

The Exarhos Defendants and Plaintiff NAM are still close to finalizing the form of written settlement agreement memorializing their settlement. They are now dealing with the recent filing of an attorney's fees lien. Plaintiff NAM, therefore, respectfully requests an additional fifteen business days within which to complete the settlement with the Exarhos Defendants and to provide the Court with a

suggested timetable for moving forward and a Proposed Scheduling Order. The extended date would be Friday, April 8, 2011.

Respectfully submitted this 23rd day of March, 2011.

ARNALL GOLDEN GREGORY LLP

**/s/ Stephen M. Dorvee**
Stephen M. Dorvee
Georgia Bar No. 226989
Andrew B. Flake
Georgia Bar No. 262425
J. Tucker Barr
Georgia Bar No. 140868
Devin H. Gordon
Georgia Bar No. 141256

171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Tel: 404-873-8500
Fax: 404-873-8501

*Attorneys for Plaintiff*

## LR 7.1D Certification

In accordance with Local Rule 7.1D, the undersigned counsel certifies that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C.

/s/ Stephen M. Dorvee
Stephen M. Dorvee
Georgia Bar No. 226989

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

NORTH AMERICAN MEDICAL
CORPORATION,

        Plaintiffs,

        v.

AXIOM WORLDWIDE, INC., et al.,

        Defendants.

Civil Action File No.
1:06-CV-1678-JEC

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

> Edward T.M. Garland, Esq.
> Donald F. Samuel, Esq.
> Janice Singer-Capek, Esq.
> Garland, Samuel & Loeb
> 3151 Maple Drive, N.E.
> Atlanta, Georgia 30305

I also certify that I have mailed by the United States Postal Service the document

and a copy of the Notice of Electronic Filing to the following parties:

James Gibson
P. O. Box 270915
Tampa, FL 33688


ARNALL GOLDEN GREGORY LLP

**/s/ Stephen M. Dorvee**
Andrew B. Flake
Georgia Bar No. 226989