IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:06-CV-1678-CCH |
| AXIOM WORLDWIDE, INC., et al., | : : : | |
| Defendants. | : | |

**O R D E R**

The above-captioned action is before the Court on the oral request by the parties for clarification of the Order [943] entered by Judge Carnes on October 28, 2011 (the "Order") regarding the status of Defendant Rehabco, Inc. In that Order, Judge Carnes granted the Plaintiff's Motion to Voluntarily Dismiss Defendant James Gibson and Defendant Rehabco, Inc. [939]. The parties have suggested to the undersigned that, because Judge Carnes did not specifically order that all of Plaintiff's claims against Rehabco, Inc. be dismissed, that there is some confusion as to whether Rehabco, Inc. remains a party in this case.

The undersigned finds that the Order granted the Plaintiff's Motion to Voluntarily Dismiss Defendant James Gibson and Defendant Rehabco, Inc. [939] in

full, and there is no indication that Judge Carnes intended to deny any part of the Plaintiff's motion. The Clerk, therefore, correctly interpreted the Order as dismissing all of Plaintiff's claims against both Gibson and Rehabco, Inc., and both of those Defendants were terminated from the action on October 28, 2011.

Accordingly, it appears that the only claims remaining in this case are the Plaintiff's claims asserted against Defendants Axiom Worldwide, Inc., and Axiom Worldwide, LLC.

IT IS SO ORDERED this 9th day of March, 2012.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE