# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-01678-CCH
## North American Medical Corporation et al v. Axiom Worldwide, Inc. et al
## Honorable C. Christopher Hagy

Minute Sheet for proceedings held In Open Court on 03/09/2012.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 5:10 P.M.         TAPE NUMBER: ftr
TIME IN COURT: 7:10                     DEPUTY CLERK: Cheryl Jenkins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Scott Frick representing Axiom Worldwide, Inc. |
| | Richard O'Donnell representing North American Medical Corporation |
| OTHER(S) PRESENT: | James Gibson, CEO of Axiom Worldwide, Inc. |
| | Carlos Becerra, CEO of N. American Medical Corp. |
| | Grace Becerra, COO of N. American Medical Corp. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The Court held a settlement conference and ordered the parties to report back to the Court on or before April 16, 2012. |