THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 1:06-CV-01678-CCH |
| v. | ) ) | |
| AXIOM WORLDWIDE, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, North American Medical Corporation ("Plaintiff" or "NAM"), and Defendants, Axiom Worldwide, Inc. ("Axiom Inc.") and Axiom Worldwide, LLC ("Axiom LLC") (Axiom Inc. and Axiom LLC are hereinafter "Defendants"), pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate to the dismissal, with prejudice, of the claims pending in the above-captioned action and stipulate as follows:

1. The summary judgment rendered against Axiom LLC as to some of its prior counterclaims [Dkt. 846] shall survive the dismissal of the above-captioned case and shall remain binding on the parties.

US1900 9310829.1

2. All pending claims of the Plaintiff and the Defendants are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

3. All parties to the above-captioned case shall bear their own attorneys' fees and costs, and, all parties stipulate to the entry of the Order Dismissing Case With Prejudice attached hereto.

Dated this 13th day of April, 2012.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott A. Frick* | */s/ Richard K. O'Donnell* |
| Scott A Frick, Esq. | Richard K. O'Donnell |
| Florida Bar No. 0884741 | Georgia Bar No. 549983 |
| **FRICK LAW GROUP, P.A.** | **LAW OFFICE OF RICHARD K. O'DONNELL** |
| 1005 N. Marion Street | 555 Lakemont Court |
| Tampa, Florida 33602 | Roswell, GA 30075 |
| Telephone: (813) 344-3545 | (770) 518-0800 |
| Facsimile: (813) 354-2407 | Email: rkodlaw@gmail.com |
| sfrick@fricklawgroup.com | **ATTORNEYS FOR PLAINTIFF** |
| **ATTORNEYS FOR DEFENDANTS** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN MEDICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 1:06-CV-01678-CCH |
| v. | ) ) | |
| AXIOM WORLDWIDE, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS MATTER** came on for consideration by the Court on the Stipulation for Dismissal With Prejudice of the claims pending in the above-captioned action filed by the Plaintiff, North American Medical Corporation ("Plaintiff" or "NAM"), and Defendants, Axiom Worldwide, Inc. ("Axiom Inc.") and Axiom Worldwide, LLC ("Axiom LLC") (Axiom Inc. and Axiom LLC are hereinafter "Defendants"). The Court, finding good cause to approve the stipulation, states that it is hereby:

**ORDERED:**

1. The Stipulation For Dismissal With Prejudice is **APPROVED.**

4. The summary judgment rendered against Axiom LLC as to some of its prior counterclaims [Dkt. 846] shall survive the dismissal of the above-captioned case and shall remain binding on the parties.

5. All pending claims of the Plaintiff and the Defendants are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

6. All parties to the above-captioned case shall bear their own attorneys' fees and costs.

7. The clerk is directed to close the case and enter judgment accordingly.

**DONE AND ORDERED** this ___ day of April, 2012.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

US1900 9310829.1